AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:14-cv-12957-PDB-MJH
Hon. Paul D. Borman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Williams & Fudge, Inc.

Date of Service:   _August 4, 2014_

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_✓_ Other (specify): _Served via certified mail (see attached receipt)_

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $ _0_   Service $ _7.19_   Total $ _7.19_

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _Lakecha Hayes_

Signature of Server:   _Lakecha Hayes_

Date:   _8/19/14_

Server's Address:   NITZKIN AND ASSOCIATES
22142 W. NINE MILE RD
SOUTHFIELD, MI 48033

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X  **The Corporation Company**
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
AUG 0 4 2014

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Williams + Fudge, Inc.
Ra: The Corporation Company
30600 Telegraph Radd. Ste. 2345
Bingham Farms, MI
48025

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 1090 0001 4027 4876

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

NITZKIN & ASSOCIATES
22142 W 9 MILE ROAD
SOUTHFIELD, MICHIGAN 48033

Walker    Stc    CM 21781